IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02548-WYD-MJW

SCOTT'S  MARKET,

Plaintiff(s),

v.

UNITED STATES DEPARTMENT OF AGRICULTURE, et al,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiff's Request for Stay of Action Pending Judicial Disposition (docket no. 4) is DENIED WITHOUT PREJUDICE.  Nowhere in the subject motion (docket no. 4) is there any averment demonstrating compliance with D.C.COLO.LCivR 7.1 A.  Moreover, the Plaintiff failed to cite any legal authority for the relief sought.

Date:  November 20, 2009