IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02548-KLM-MJW

SCOTT'S MARKET, a Colorado corporation,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This case was referred by Order of Reference Pursuant to 28 U.S. § 636(c), signed on January 19, 2010 by Chief Judge Wiley Y. Daniel and was assigned to Magistrate Judge Kristen L. Mix on January 19, 2010.  Pursuant to 28 U.S.C. § 636(c), 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b),

    IT IS HEREBY **ORDERED** that Magistrate Judge Michael J. Watanabe is designated to convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

    IT IS FURTHER **ORDERED** that the Order of Reference to Magistrate Judge, entered by Chief Judge Wiley Y. Daniel on November 2, 2009 [Docket No. 2], is **VACATED**.

    IT IS FURTHER **ORDERED** that the Status Conference set for April 19, 2010 at 8:30 a.m. remains set before Magistrate Judge Michael J. Watanabe.  All other deadlines and hearings set by the Scheduling Order shall remain in effect, unless reset by further Order of the Court.

Dated:  January 22, 2010