IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02548-KLM-MJW

SCOTT'S MARKET, a Colorado corporation,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____

## ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on a **Stipulation of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)** [Docket No. 24; Filed February 22, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the case is **DISMISSED without prejudice**.

Dated:  March 1, 2010

                                      BY THE COURT:

                                      s/ Kristen L. Mix
                                      U.S. Magistrate Judge
                                      Kristen L. Mix